UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| THE CONSTRUCTION INDUSTRY WELFARE FUND OF ROCKFORD, ILLINOIS; and THE CONSTRUCTION INDUSTRY RETIREMENT FUND OF ROCKFORD, ILLINOIS,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>PREFERRED CONCRETE & EXCAVATING, INC., d/b/a PREFERRED CONCRETE SYSTEMS,<br><br>　　　　Defendant. | Case No. 13-cv-50232<br><br>Honorable Philip G. Reinhard<br>Magistrate Judge Iain D. Johnston |

## JOINT MOTION FOR ENTRY OF FINAL JUDGMENT

Plaintiffs, THE CONSTRUCTION INDUSTRY WELFARE FUND OF ROCKFORD, ILLINOIS and THE CONSTRUCTION INDUSTRY RETIREMENT FUND OF ROCKFORD, ILLINOIS (the "Funds"), by their attorneys, HolmstromKennedyPC, and Defendant, PREFERRED CONCRETE & EXCAVATING, INC., d/b/a PREFERRED CONCRETE SYSTEMS ("Preferred Concrete"), by its attorneys, Allocco, Miller & Cahill, P.C., for their Joint Motion for Entry of Final Judgment state as follows:

1. The Court entered partial summary judgment on March 15, 2016 in the amount of $210,746.10.

2. The parties agree as to the remaining amounts due.

Wherefore, Plaintiffs, THE CONSTRUCTION INDUSTRY WELFARE FUND OF ROCKFORD, ILLINOIS and THE CONSTRUCTION INDUSTRY RETIREMENT FUND OF ROCKFORD, ILLINOIS, and Defendant, PREFERRED CONCRETE & EXCAVATING, INC.,

d/b/a PREFERRED CONCRETE SYSTEMS, request entry of a Final Judgment in the form submitted to the Court.

Date: April 12, 2016

| | |
|---|---|
| The Construction Industry Welfare Fund of Rockford, Illinois and The Construction Industry Retirement Fund of Illinois, Plaintiffs, | Preferred Concrete & Excavating, Inc., d/b/a Preferred Concrete Systems, Defendant |
| BY: HolmstromKennedyPC, Its Attorneys | BY: Allocco, Miller & Cahill, P.C., Its Attorneys |
| BY: /s/ Alexander J. Mezny One of Its Attorneys | BY: /s/ Todd A. Miller One of Its Attorneys |

Attorney Alexander J. Mezny, ARDC #6209513
HolmstromKennedyPC
800 N. Church Street
P.O. Box 589
Rockford, IL 61105-0589
P. 815-962-7071
F. 815-962-7181
amezny@hkrockford.com

# CERTIFICATE OF SERVICE

Under penalties of perjury as provided by law pursuant to the Federal Rules of Civil Procedure, the undersigned certifies that a copy of the foregoing **Joint Motion for Entry of Final Judgment** was served upon:

Attorney Todd A. Miller
Attorney Kathleen M. Cahill
Attorney Megan M. Moore
Allocco, Miller & Cahill, P.C.
20 N. Wacker Drive, Suite 3517
Chicago, IL 60606
tam@alloccomiller.com
kmc@alloccomiller.com
mmm@alloccomiller.com

the attorneys of record herein, via the Court's CM/ECF system by electronic transmission on the 12th day of April, 2016.

*/s/ Linda S. Hedlund/*

Attorney Alexander J. Mezny, ARDC #6209513
HolmstromKennedyPC
800 N. Church Street
P.O. Box 589
Rockford, IL 61105-0589
P. 815-962-7071
F. 815-962-7181
amezny@hkrockford.com